Company. H. Taylor, for appellant. T. D. Kenneson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed

In re SPAULDING et al. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) In the matter of the general assignment of Thomas N. Spaulding and William H. Crosby, doing business under the firm name of Spaulding Machine Screw Company, to John R. Keim, for the benefit of creditors. No opinion. Order affirmed, with $10 costs and disbursements.

SPAULDING, Appellant, v. HALL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 2, 1909.) Action by Philo B. Spaulding against Edward R. Hall and another, as executors, etc. No opinion. Judgment and order affirmed, with costs.

STAHL et al. v. TOPLITZ et al. (Supreme Court, Appellate Term. June 29, 1909.) Appeal from City Court of New York, Trial Term. Action by Frederick L. Stahl and another against Harry L. Toplitz and another. From a judgment for plaintiffs, defendants appeal. Affirmed. House, Grossman & Vorhaus, for appellants. O. R. Brandt, for respondents.
PER CURIAM. Judgment affirmed, with costs.
MacLEAN, J. (dissenting). The vaguely stated conclusions put forward in the complaint hardly spell out a cause of action. Whatever were the contract between the Stahls and the Calumet Construction Company, whether or not the company were owing the Stahls when the latter quit the job, it was necessary for the plaintiffs, in order to establish their lien and hold a judgment against the owner, to prove facts showing indebtedness on the part of the owner to the Calumet Construction Company in a sum earned and unpaid at the time of filing the notice of lien. Section 4, Lien Law (Laws 1897, p. 516, c. 418). Of such indebtedness there appears herein no substantial proof.

STEENMAN et al., Appellants, v. EAGAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by William N. Steenman and others against Sylvester B. Eagan. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the matter stricken from the complaint was proper as an allegation of special damages.

STEPHENS, Respondent, v. JENNINGS, Appellant. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Myra V. B. Stephens against Arthur B. Jennings. W. C. Beecher, for appellant. S. G. Adams, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STEVENS, Appellant, v. KAIGHN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Will A. Stevens against George S. Kaighn and another. W. H. Ford, for appellant. L. H. Porter, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STONE et al., Respondents, v. NEW YORK, C. & ST. L. R. CO., et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 6, 1909.) Action by Henry M. Stone and another against the New York, Chicago & St. Louis Railroad Company and another. No opinion. Motion to dismiss appeal denied, without costs.

STRAUCH v. PENNSYLVANIA, N. Y. & L. I. R. Co. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by William Strauch against the Pennsylvania, New York & Long Island Railroad Company. No opinion. Motion granted, unless appellant have appeal ready for June term. Order filed.

SWIFT, Respondent, v. DROMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) Action by Fred J. Swift against Mary A. Droman and others. No opinion. Judgment affirmed, with costs.

SWING v. KAUFMAN. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by James B. Swing against Charles Kaufman. With this case have been consolidated in this court cases bearing titles as follows: Louis A. Sheinart v. Hy. A. Ritchie; Max Schlesinger v. Hy. A. Ritchie; William Ross v. Adrian H. Joline; Jerome Rosenthal v. Frederick Forman. No opinions. Applications denied, with $10 costs in each case. Orders signed. See, also, 115 N. Y. Supp. 106, 116, 117, 143, 282.

TETTER, Respondent, v. BUFFALO STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by Bertram Tetter, an infant, etc., against the Buffalo Steel Company. No opinion. Judgment and order affirmed, with costs.

THOMPSON, Respondent, v. McLAUGHLIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by George T. Thompson against John R. McLaughlin and others.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
ROBSON, J., not voting.

TOBBAH, Appellant, v. LA COMPAGNIE GÉNÉRALE TRANSATLANTIQUE, Respondent. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Action by Michael Tobbah against the La Compagnie Générale Transatlantique. No opinion. Motion granted as upon default.